**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
                         (State)

Case number (If known): _____ Chapter _____

FILED - US Bankruptcy Court - AUG
2024 MAY 21 PM 1:34

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Mel International Enterprises

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  92-2374820

4. **Debtor's address**

   **Principal place of business**
   5004 San Marcos Dr.
   Number   Street
   Augusta, GA 30906
   City   State   ZIP Code

   Richmond
   County

   **Mailing address, if different from principal place of business**
   
   Number   Street
   
   P.O. Box
   
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   Number   Street
   
   City   State   ZIP Code

5. **Debtor's website (URL)**  NA

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

Debtor  Mcl International Enterprise     Case number (if known) C41363
        Name

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☒ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   · A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   Check one:
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Debtor  Mel International Enterprises    Case number (*if known*) _____
      Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**  ☒ No

   If more than 2 cases, attach a separate list.

   ☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY

   District _____ When _____ Case number _____
                                 MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**  ☒ No

    List all cases. If more than 1, attach a separate list.

    ☐ Yes.  Debtor _____ Relationship _____
    District _____ When _____
                                                  MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                 Number       Street

    _____
    City                                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  Mel International Enterprises          Case number (if known) 2413623
_____Name_____

| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|

| 14. Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|

| 15. Estimated assets | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

| 16. Estimated liabilities | ☑ $0-$50,000<br>☑ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/21/24
            MM / DD / YYYY

X _____            Melvia Callahan
Signature of authorized representative of debtor     Printed name

Title  Manager

**Fill in this information to identify the case:**

Debtor name: Mcl International Enterprises

United States Bankruptcy Court for the: Augusta   District of: GA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ally Financial | | 2092 $250 | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor _____   Case number (if known) _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __N/A__.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

   a. Total assets                                         $ _____

   b. Total debts (including debts listed in 2.c., below)  $ _____

   c. Debt securities held by more than 500 holders

                                                                                    Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐   $ _____        _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____        _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____        _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____        _____
   secured ☐   unsecured ☐   subordinated ☐   $ _____        _____

   d. Number of shares of preferred stock                                 _____
   e. Number of shares common stock                                       _____

   Comments, if any: __N/A_____
   _____

3. Brief description of debtor's business: _____
   _____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   _____
   _____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF AUGUSTA (Richmond County) DIVISION

In re: **MEL INTERNATIONAL ENTERPRISES INC**  Case # **C41363**
      Debtor.               Chapter 11, Subchapter V

**DEBTOR'S EMERGENCY PRO SE MOTION FOR ENTRY OF AUTOMATIC STAY AND EXTENSION TO FILE BANKRUPTCY SCHEDULES**

I, Melvia Callahan as the owner/managing member of Mel International Enterprises, LLC, the Debtor herein, move this Court pro se as follows:

1. The Debtor filed its voluntary Chapter 11, Subchapter V bankruptcy petition on May 21, 2024.

2. Pursuant to 11 U.S.C. §362, I request the Court immediately issue the automatic stay without delay to enforce the protections against any and all creditor collection actions against the Debtor.

3. Ally Financial has recently repossessed a 2022 Ford F-250 truck which is essential to the Debtor's operations. Ally has notified of intent to auction/sell this vehicle on May 21, 2024 if not redeemed.

4. Loss of this truck would irreparably harm the Debtor's ability to operate its business and successfully reorganize pursuant to Chapter 11 proceedings.

5. Due to the emergency circumstances requiring immediate stay enforcement, as well as active business operations, the Debtor requires an extension of 30 days to prepare and file complete schedules, statements and other required bankruptcy documentation.

6. As adequate protection, the Debtor can make monthly payments of $500 to Ally during this extension period to compensate for use of the vehicle.

7. I request expedited consideration and hearing on this matter due to the impending vehicle sale date.

WHEREFORE, I respectfully request:
1) Entry of an order immediately enforcing the automatic stay against all creditors;
2) A 30-day extension for the Debtor to file all schedules and required statements;
3) An expedited hearing on this Motion; and
4) Any other just and proper relief.

Dated: 5/21/2024    Melvia Callahan Owner/Managing Member
                          5004 San Marcos Dr. Augusta, Ga. 30906
                          Owner/Managing Member

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF [DISTRICT]

In re:

Case No. C41363

MEL INTERNATIONAL ENTERPRISES,

    Debtor.

Chapter 11, Subchapter V

VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY

Petition Must be Accompanied by a Certificate of Credit Counseling or Motion for Exemption

1. Debtor's name: Mel International Enterprises

2. All other names debtor used in the last 8 years: N/A

3. Address: 5004 San Marcos Dr. Augusta. Ga. 30906

4. Debtor's attorney (name and address): N/A

5. Type of debtor (Check one):
[ x] Corporation [If applicable]
[ ] Partnership
[ ] Other [Specify Type of Entity]: Limited Liability Company

6. Industry in which the debtor is primarily engaged: [Describe Debtor's Business]

7. Describe debtor's business: [Brief Description of Operations]

8. Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). [Check if applicable]

9. Under which chapter is the petition filed?
[ ] Chapter 7
[X] Chapter 11
[ ] Chapter 12
[ ] Chapter 13

10. This case is filed under Subchapter V of Chapter 11. [Check this box]

...

[The petition would go on to require more detailed information about the debtor's assets, liabilities, number of creditors, estimated funds on hand, payroll and other financial information as required on the official bankruptcy forms]

Signature(s) of Debtor's Authorized Representative:

Melvia Callahan - Manager
[Printed Name & Title]

Date: 5/21/24

In addition to the petition, you would need to file the required lists of creditors, assets/liabilities, income/expenses, and other bankruptcy schedules and statements per the official bankruptcy forms.

The key aspects are checking the boxes to indicate it is a voluntary Subchapter V, small business Chapter 11 case, providing the debtor's basic information, and having it signed by an authorized representative of the business like an owner or officer.

This gets the Subchapter V bankruptcy case initiated, after which you would quickly file emergency motions for automatics stays on any pending asset sales or foreclosures as discussed previously.